

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00090-CR

| | | |
|---|---|---|
| FREDDIE MONROE PICKETT A/K/A FREDDY MONROE PICKETT, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR13919) |
| V. | § | April 30, 2020 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that the State proceeded on and Pickett pleaded true to only the second enhancement paragraph and the first habitual count. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM